United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan M. Cornaglia  
    Debtor

Case No. 16-17645-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa      Page 1 of 2      Date Rcvd: Jan 13, 2017  
                        Form ID: 309I      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.

```
db           +Susan M. Cornaglia,    2538 S. Hicks Street,    Philadelphia, PA 19145-4604
tr           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
               Reading, PA 19606-0410
13816489     +Jefferson - Methodist Hospital,    PO Box 3475,    Toledo, OH 43607-0475
13816490      Jefferson University Hospitals,    PO Box 3475,    Toledo, OH 43607-0475
13816491      Jefferson University Physicians,    Central Business Office,    PO Box 40089,
               Philadelphia, PA 19106-0089
13816492     +Laboratory Corporation of America Hldgs.,    PO Box 2240,    Burlington, NC 27216-2240
13816494     +Phelan, Hallinan, Diamond & Jones LLP,    Attn: Foreclosure Department,
               1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13816495     +Philadelphia Sheriff's Office,    100 S. Broad Street, 5th Floor,    Civil Unit,
               Philadelphia, PA 19110-1023
13816496     +Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
13816497     +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
13816498     +Select Portfolio Servicing, inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
13828798     +U.S. Bank N.A.,    c/o Denise Carlon, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
               Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: cdicicco@myphillybankruptcylawyer.com Jan 14 2017 02:08:23
               CHRISTIAN A. DICICCO,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
               Philadelphia, PA   19103
smg           E-mail/Text: bankruptcy@phila.gov Jan 14 2017 02:10:15      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 02:09:01
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2017 02:10:05     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 14 2017 02:09:31     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13816484      E-mail/Text: bankruptcy@phila.gov Jan 14 2017 02:10:15      City of Philadelphia,
               Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1595
13816485     +EDI: CONVERGENT.COM Jan 14 2017 01:49:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
               PO Box 9004,    Renton, WA 98057-9004
13816487     +EDI: ESSL.COM Jan 14 2017 01:48:00      Dish Network,    Dept 0063,    Palatine, IL 60055-0001
13816486     +EDI: ESSL.COM Jan 14 2017 01:48:00      Dish Network,    9601 S. Meridian Blvd.,
               Englewood, CO 80112-5905
13816488     +EDI: ESSL.COM Jan 14 2017 01:48:00      Dish Network,    PO Box 94063,    Palatine, IL 60094-4063
13816493     +E-mail/Text: bankruptcygroup@peco-energy.com Jan 14 2017 02:08:44      PECO,
               2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13828415     +EDI: JEFFERSONCAP.COM Jan 14 2017 01:49:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13816499       ##Select Portfolio Servicing, inc.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                       Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                 Page 2 of 2              Date Rcvd: Jan 13, 2017
                              Form ID: 309I              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Susan M. Cornaglia
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as trustee, in
               trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
               2004-1 bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Susan M. Cornaglia** | Social Security number or ITIN | **xxx–xx–0640** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13** | **10/31/16** |
| Case number: | **16–17645–sr** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Susan M. Cornaglia | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2538 S. Hicks Street<br>Philadelphia, PA 19145 | |
| 4. | **Debtor's attorney**<br>Name and address | CHRISTIAN A. DICICCO<br>Law Offices of Christian A. DiCicco<br>2008 Chestnut Street<br>Philadelphia, PA 19103 | Contact phone 215 – 564 – 6812<br>Email:<br>cdicicco@myphillybankruptcylawyer.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 1/13/17 |

**For more information, see page 2**

Official Form 309I                    Notice of Chapter 13 Bankruptcy Case                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 10, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/11/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/11/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/29/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1150.00 per month for 60 months. The hearing on confirmation will be held on:<br>**3/22/17** at **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |