## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Susan M. Cornaglia<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1<br>　　　　　　　　　　Movant<br>　　vs.<br>Susan M. Cornaglia<br>　　　　　　　　　　Debtor<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　Trustee | NO. 16-17645 SR<br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this _____ day of _____, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2538 S. Hicks Street, Philadelphia, PA 19145 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Dated: May 11, 2017**

_____
United States Bankruptcy Judge.

Susan M. Cornaglia
2538 South Hicks Street
Philadelphia, PA 19145

Christian A. Dicicco
2008 Chestnut Street
Philadelphia, PA 19103

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532