UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

SUSAN M. CORNAGLIA
                                                    : Bankruptcy No. 16-17645SR
            Debtor(s)                               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Dated: May 25, 2017

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHRISTIAN A DI CICCO ESQ
2008 CHESTNUT ST
PHILADELPHIA PA 19103-

SUSAN M. CORNAGLIA
2538 S. HICKS STREET
PHILADELPHIA,PA.19145