United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-17645-sr
Susan M. Cornaglia                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 2          Date Rcvd: May 25, 2017
                             Form ID: pdf900       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db          +Susan M. Cornaglia,    2538 S. Hicks Street,    Philadelphia, PA 19145-4604
13816485    +Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
13816489    +Jefferson - Methodist Hospital,    PO Box 3475,    Toledo, OH 43607-0475
13816490     Jefferson University Hospitals,    PO Box 3475,    Toledo, OH 43607-0475
13816491     Jefferson University Physicians,    Central Business Office,    PO Box 40089,
              Philadelphia, PA 19106-0089
13816492    +Laboratory Corporation of America Hldgs.,    PO Box 2240,    Burlington, NC 27216-2240
13872901    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13816494    +Phelan, Hallinan, Diamond & Jones LLP,    Attn: Foreclosure Department,
              1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13816495    +Philadelphia Sheriff's Office,    100 S. Broad Street, 5th Floor,    Civil Unit,
              Philadelphia, PA 19110-1023
13816496    +Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
13816497    +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
13816498    +Select Portfolio Servicing, inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
13828798    +U.S. Bank N.A.,    c/o Denise Carlon, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13917527     U.S. Bank National Association, as trustee, et al,    c/o Select Portfolio Servicing, Inc.,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov May 26 2017 01:07:56    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2017 01:07:32
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2017 01:07:55    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 26 2017 00:59:05    Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13867859     E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 00:59:01
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13896086     E-mail/Text: bankruptcy@phila.gov May 26 2017 01:07:56    City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13816484     E-mail/Text: bankruptcy@phila.gov May 26 2017 01:07:56    City of Philadelphia,
              Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
              Philadelphia, PA 19102-1595
13816487    +E-mail/Text: Bankruptcy.Consumer@dish.com May 26 2017 01:07:45    Dish Network,    Dept 0063,
              Palatine, IL 60055-0001
13816486    +E-mail/Text: Bankruptcy.Consumer@dish.com May 26 2017 01:07:44    Dish Network,
              9601 S. Meridian Blvd.,    Englewood, CO 80112-5905
13816488    +E-mail/Text: Bankruptcy.Consumer@dish.com May 26 2017 01:07:45    Dish Network,    PO Box 94063,
              Palatine, IL 60094-4063
13816493    +E-mail/Text: bankruptcygroup@peco-energy.com May 26 2017 01:07:29    PECO,
              2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13857281    +E-mail/Text: bankruptcygroup@peco-energy.com May 26 2017 01:07:29    PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13828415    +E-mail/Text: JCAP_BNC_Notices@jcap.com May 26 2017 01:07:50    Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                        TOTAL: 13

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13816499     ##Select Portfolio Servicing, inc.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2              User: Randi              Page 2 of 2              Date Rcvd: May 25, 2017
                                 Form ID: pdf900          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as trustee, in
           trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
           2004-1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          CHRISTIAN A. DICICCO   on behalf of Debtor Susan M. Cornaglia
           cdicicco@myphillybankruptcylawyer.com,  christianadicicco@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as trustee, in
           trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
           2004-1 bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    U.S. Bank National Association, as trustee, in
           trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series
           2004-1 bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor    U.S. Bank National Association, as trustee, in trust
           for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

SUSAN M. CORNAGLIA

                                                : Bankruptcy No. 16-17645SR
                Debtor(s)                       : Chapter 13

ORDER


AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.




BY THE COURT

Dated: <u>May 25, 2017</u>

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHRISTIAN A DI CICCO ESQ
2008 CHESTNUT ST
PHILADELPHIA PA 19103-

SUSAN M. CORNAGLIA
2538 S. HICKS STREET
PHILADELPHIA,PA.19145